# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  August 11, 2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

               Plaintiff            **SCHEDULING ORDER**

      -against-               7:21-cr-00393-NSR

Alter Landau
              Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a change of plea hearing for 8/11/2021 at 3:30 pm before Magistrate Judge Paul E. Davison by videoconference. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Counsel will also be provided with a Teams link to appear by video. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: 8/11/2021
       White Plains, New York

                                          SO ORDERED:

                                          s/      PED
                                          _____

                                          PAUL E. DAVISON
                                          United States Magistrate Judge