## MEMO ENDORSED

# Cooley



Andrew D. Goldstein
T: +1 202 842 7805
agoldstein@cooley.com

August 12, 2021

The Honorable Paul E. Davison
United State Magistrate Judge
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Alter Landau*, 21 Cr. 393 (NSR)

Dear Judge Davison:

I write on behalf of defendant Alter Landau. As discussed following Mr. Landau's change of plea proceeding yesterday, we respectfully request a modification of the conditions of Mr. Landau's pre-trial release so that he can travel to Israel today, August 12, 2021, to attend the wedding of his grandson scheduled to take place on August 17, 2021 in Jerusalem, Israel. Mr. Landau additionally requests that his passport be returned to him for the same purpose, and on the condition that he will return his passport to the Pretrial Services Office for the Southern District of New York ("Pretrial Services") upon his return. Mr. Landau would return to JFK Airport on August 23, 2021. The Government does not oppose Mr. Landau's request on the condition that his bond be perfected in advance of travel.

I confirmed with Pretrial Services this morning that Mr. Landau's bond has now been fully executed. Accordingly, Mr. Landau respectfully requests that the Court, by endorsing this letter, (1) modify the conditions of defendant's pre-trial release so that he is allowed to travel to Israel today, August 12, 2021, for the purpose of attending the wedding of his grandson; and (2) order the temporary return of defendant's passport for the same purpose. If the Court grants this application, Mr. Landau's son, Joel Landau, will pick up the passport for Alter because of the COVID restrictions preventing Alter from entering the Courthouse.

Respectfully submitted,

/s/ Andrew D. Goldstein
Andrew D. Goldstein
Cooley LLP
Attorney for Alter Landau

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge

8/12/21

ADG

cc:   Mathew Andrews, Esq., Assistant United States Attorney
      Qais Ghafary, Esq., Assistant United States Attorney