UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Alter Landau

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

21-cr-00393-NSR

Defendant Alter Landau hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel

/s/ Alter Landau
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Alter Landau
Print Defendant's Name

_____
Defendant's Counsel's Signature

Andrew D. Goldstein
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8/11/21
Date

U.S. District Judge/U.S. Magistrate Judge