UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

USA

                                           21 Cr. 393 (NSR)

      - against -

ALTER LANDAU,                            ORDER ACCEPTING
                                                  PLEA ALLOCUTION

                             Defendant.

-------------------------------------------------------- X

NELSON S. ROMÁN, U.S.D.J.:

     The Court has reviewed the transcript of the plea allocution in the above-entitled case,

the charging papers, and all other pertinent parts of the record. The Report and Recommendation

of the Honorable Paul E. Davison, United States Magistrate Judge, dated August 11, 2021, is

approved and accepted.


                                            SO ORDERED.

                                           _____
                                           Hon. Nelson S. Román,
                                           United States District Judge

Dated: White Plains, NY
         August 27, 2021



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2021