**MEMO ENDORSED**

# Cooley

Andrew D. Goldstein
T: +1 202 842 7805
agoldstein@cooley.com

Via ECF

October 6, 2021

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Alter Landau, 21 Cr. 393**

Dear Judge Román:

Sentencing in this matter was set at the time of Mr. Landau's plea for November 17, 2021. We respectfully request an adjournment to allow Mr. Landau additional time to gather records to assist in preparation of the Presence Investigation Report (PSR). Mr. Landau met with Probation Officer Robert Flemen in early September. We were hoping to conduct a follow-up interview this past week, but Mr. Landau was not able to gather the necessary medical and other records in time due to the Jewish holidays in the month of September. An adjournment would allow Mr. Landau time to obtain the relevant records and for the first draft of the PSR to be completed sufficiently in advance of the sentencing hearing. In light of the upcoming holidays and consistent with schedules for the defense and the Government, we request that the sentencing hearing be adjourned to the week of January 17, 2022, at a date and time convenient to the Court.

The Government consents to this request.

Respectfully,

*Andrew D. Goldstein*

Andrew D. Goldstein

---

Deft's request to adjourn the in-person Sentencing from Nov. 17, 2021 until Jan. 21, 2022 at 10:00 am is GRANTED with the Govt's consent. Clerk of Court requested to terminate the motion (doc. 149).
Dated: Oct. 20, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2021

Cooley LLP    1299 Pennsylvania Avenue NW    Suite 700    Washington, DC    20004-2400
t: +1 202 842 7800  f: +1 202 842 7899  cooley.com