

MEMO ENDORSED

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 25, 2022

**VIA ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

The Govt's request to adjourn the in-person Sentencing from Mar. 11, 2022 until Apr. 1, 2022 at 3:00 pm is GRANTED with Deft's consent. Clerk of Court is requested to terminate the motion (doc. 155).
Dated: White Plains, NY
       Feb. 25, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:    *United States v. Alter Landau,* **21 Cr. 393 (NSR)**

Dear Judge Román:

    Sentencing in the above-referenced matter is presently scheduled for March 11, 2022, at 10:00 a.m. Due to an irresolvable scheduling conflict, the Government respectfully moves—with the consent of the defendant—to adjourn sentencing to April 1, 2022, which the Government understands is convenient for the parties and the Court. This is the Government's first request to adjourn sentencing in this matter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/ Qais Ghafary
      Mathew Andrews
      Qais Ghafary
      Assistant United States Attorneys
      Tel: (212) 637-6526 / (914) 993-1930

Cc:  Andrew D. Goldstein, Esq. (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2022