**MEMO ENDORSED**

# Cooley

Andrew D. Goldstein  
T: +1 202 842 7805  
agoldstein@cooley.com

**Via ECF**

March 2, 2022

The Honorable Nelson S. Román  
United States District Judge  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601

Re: <u>United States v. Alter Landau, 21 Cr. 393 (NSR)</u>

Dear Judge Román:

I am writing on behalf of the Defendant, Alter Landau. Sentencing in this matter is presently scheduled for Friday, April 1, 2022 at 3:00 p.m. Mr. Landau observes the Sabbath, including avoiding travel during the Sabbath, and believes that it may be difficult for him to make it home by the start of the Sabbath on Friday evening if sentencing proceeds at that time. We therefore respectfully request that the Court reschedule the sentencing to Thursday, March 31, at 3:30 p.m., which we understand is available on the Court's calendar. The Government consents to this request.

Respectfully,

*Andrew D. Goldstein*

Andrew D. Goldstein

---

Deft's request to advance the in-person Sentencing from April 1, 2022 to March 31, 2022 at 3:30 pm is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion (doc. 157).  
Dated: White Plains, NY  
         March 3, 2022

SO ORDERED:

HON. NELSON S. ROMÁN  
UNITED STATES DISTRICT JUDGE



USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 3/3/2022

Cooley LLP   1299 Pennsylvania Avenue NW   Suite 700   Washington, DC   20004-2400  
t: +1 202 842 7800  f: +1 202 842 7899  cooley.com