MEMO ENDORSED



Andrew D. Goldstein
T: +1 202 842 7805
agoldstein@cooley.com

5/2/2022   Via ECF

Deft's application for international travel from May 2, 2022 until May 10, 2022, as outlined below, is GRANTED without objection by the Gov't and without a position by the Probation Office.  Defendant is directed to provide all travel details to his Probation Officer before traveling. Clerk of Court is requested to terminate the motion (doc. 164).
Dated:  White Plains, NY
            May 2, 2022

SO ORDERED:
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

May 1, 2022

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Alter Landau, 21 Cr. 393 (NSR)**

Dear Judge Román:

We represent the Defendant, Alter Landau, and write concerning a time-sensitive travel request.  Mr. Landau was sentenced before Your Honor on March 31, 2022.  At the sentencing hearing, we raised that Mr. Landau hoped to make his annual religious pilgrimage to Hungary.  In addition, this year, Mr. Landau's elderly mother plans to attend the pilgrimage, and Mr. Landau hopes to accompany her.  Your Honor directed Mr. Landau to raise the issue with the Probation Department in the first instance and to make a subsequent application to the Court, if necessary.

While Mr. Landau's travel is scheduled for Monday night, May 2, Mr. Landau mistakenly believed that the travel request needed to be directed to his intake officer, and therefore made the request during his supervisory release intake appointment, which occurred on Friday, April 29.  We subsequently communicated with the location monitoring department, and understand that such requests for international travel are, as matter of course, not granted absent court approval.  We therefore respectfully request that the Court approve Mr. Landau's travel from New York to Budapest on Monday, May 2 (flight scheduled to leave at 11:55 p.m. Eastern time), returning to New York from Budapest on May 10 (scheduled to arrive at 5:15 p.m. Eastern time).

We reached out to the Government for its position on Friday, but only received the Government's response over the weekend and, accordingly, delayed this filing in order to incorporate the Government's position.  The Government does not object to this request.  Supervisory Officer Kevin Mulcahy has indicated to us that the Probation Department has no position on this travel request, and defers to the Court.

Respectfully,

*Andrew D. Goldstein*

Andrew D. Goldstein

Cooley LLP   1299 Pennsylvania Avenue NW   Suite 700   Washington, DC   20004-2400
t: +1 202 842 7800  f: +1 202 842 7899  cooley.com