# Cooley

**MEMO ENDORSED**

Andrew D. Goldstein
T: +1 202 842 7805
agoldstein@cooley.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2022

Via ECF

June 30, 2022

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Alter Landau, 21 Cr. 393 (NSR)**

Dear Judge Román:

We are writing to request a modification to the terms of Alter Landau's supervised release in light of ▮ ▮.

Pursuant to the Judgment, Docket No. 163 at 5, Mr. Landau currently visits with his elderly parents in Brooklyn one day each week, in coordination with the Probation Department. As detailed in Mr. Landau's prior sentencing submission, Mr. Landau's 96-year-old father, Sandor Landau, ▮ ▮. As described in the attached letter from Mr. Landau's mother, several weeks ago, ▮ *See* Ex. A. ▮ ▮ The situation is particularly difficult for Mr. Landau's elderly mother, who ▮.

Mr. Landau's mother is without her usual support from her daughter (Mr. Landau's sister), who ordinarily lives in the same building as Mr. Landau's mother during most of the year but is now living in Sullivan County for the summer. Mr. Landau would like to provide additional support to his parents during these trying times, and his mother has specifically requested that he visit with her, on occasion, during the Sabbath when she would otherwise be alone.

Accordingly, Mr. Landau requests that he be permitted one extra visit to his parents' home in Brooklyn each week. Mr. Landau requests that, every other week, the extra visit encompass the Sabbath period, which—because Mr. Landau is not permitted to travel during the Sabbath hours (Friday evening at sundown to Saturday evening at sundown) pursuant to his religious practices—would entail leaving for his parents' home in Brooklyn on Friday, staying over for the Sabbath, and returning home on Sunday. During each week that Mr. Landau makes an overnight Sabbath trip to Brooklyn, he would visit his parents in Brooklyn only on one additional weekday. Mr. Landau also requests that he be permitted to visit his father, ▮ ▮. Mr. Landau would notify the Probation Department prior to each visit ▮ or to Brooklyn, including as to his expected time of return, consistent with his practice with the Probation Department to date.

Mr. Landau has conferred with the Probation Department and the Government regarding these requests. The Probation Department has no objection to Mr. Landau's request to visit with his father ▮ ▮ dictate, or to travel to his parents' home in Brooklyn on one extra day per week (for a total of two visits each week). As to Mr. Landau's request that, every other week, one of



June 30, 2022
Page Two

his Brooklyn visits encompass the period from Friday to Sunday, the Probation Department defers to the Court. The Government objects to Mr. Landau's requests.

Respectfully,

*Andrew D. Goldstein*

Andrew D. Goldstein

269353140 v2

Deft's request to modify the terms of his supervised release is GRANTED in part and DENIED in part as follows: Deft's request to visit with his father ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ dictate, or to travel to his parents' home in Brooklyn on one extra day per week (for a total of two visits each week) is GRANTED without objection by the Probation Officer and over the objection of the Government; and Deft's request that, every other week, one of his Brooklyn visits encompass the period from Friday to Sunday is DENIED. The Court notes with respect to this request that the Probation Officer deferred to the Court and the Government objected. Defense counsel is directed to provide the Probation Officer with a copy of this endorsement. Clerk of Court is requested to terminate the motion at ECF No. 166.
Dated: White Plains, NY
        July 1, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Cooley LLP   1299 Pennsylvania Avenue NW   Suite 700   Washington, DC   20004-2400
t: +1 202 842 7800  f: +1 202 842 7899  cooley.com