# Cooley

Andrew D. Goldstein
T: +1 202 842 7805
agoldstein@cooley.com

Via ECF

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2022
```

October 20, 2022

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: <u>United States v. Alter Landau, 21 Cr. 393 (NSR)</u>

Dear Judge Román:

We write to request that the defendant, Alter Landau, be permitted to travel internationally to Boisbriand, Quebec (in the greater Montreal area) to attend the *bris* (circumcision and religious naming) ceremony for his great-grandson. Pursuant to the standard terms of supervised release (*see* Judgment, Docket No. 163), Mr. Landau requires, and now seeks, court approval to make this trip. Mr. Landau has been on supervised release since his sentencing on or about March 31, 2022; his four-month term of home confinement ended, without incident, on or about August 18, 2022.

Mr. Landau's son (Barish's) daughter welcomed a newborn son on October 16, 2022. The *bris* is scheduled for October 23 in Boisbriand. This *bris* has particular religious and personal significance to Mr. Landau because the child is to be named after Mr. Landau's recently deceased father. This is the first of Mr. Landau's 100-plus descendants to be accorded this distinction, given the Jewish tradition to refrain from naming children after living relatives.

Mr. Landau would travel to the Montreal area upon Court approval of this request (given the upcoming Sabbath that begins Friday night), and would return home on October 24.

Mr. Landau has consulted with the Probation Department, which does not object to this request. We reached out to the Government for their position on this request, but in light of the timing, we are submitting this letter to the Court before having received a response.

Respectfully,

*Andrew D. Goldstein*

Andrew D. Goldstein

The Court is in receipt of Defendant's letter (ECF No. 169), dated October 20, 2022, requesting a temporary modification of the terms of Defendant's supervised release to permit Defendant to travel to the Montreal area upon Court order and return home on October 24. The Court notes that neither the Probation Department nor the Government objected to Defendant's request. The Court GRANTS Defendant's request. Defendant is directed to provide all travel details to his Probation Officer before traveling. The Clerk of Court is respectfully requested to terminate the motion at ECF No. 169.

Date: October 21, 2022
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE