# Law Office of Noah E. Shelanski

420 Lexington Avenue, Suite # 2818
New York, N.Y. 10170
Telephone: (347) 352-7704

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2023

January 27, 2023

MEMO ENDORSED

**VIA ECF**

Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Mr. Landau's travel request is DENIED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 175.

SO ORDERED:

Dated: 1/27/2023
White Plains, NY

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

     Re:    *United States v. Alter Landau*
                21-CR-393 (NSR)

Dear Judge Nelson:

     I write to respectfully request that Your Honor reconsider the Court's denial of Alter Landau's application to travel to Canada which was filed on January 25, 2023 (ECF. No. 173) and denied the same day (ECF. No. 174). Mr. Landau's travel request in unopposed by Probation and the government.

     Mr. Landau no longer seeks to travel to Hungary and respectfully requests only permission to make a short trip to Montreal, Canada from February 13-15 to attend the Bar Mitzvah of his grandson. As the Court is undoubtedly aware, a Bar Mitzvah is perhaps the most important milestone in a Jewish boy's life, as well as for that boy's family. This is the day when the Bar Mitzvah boy is recognized as an adult and as morally responsible for their own actions going forward. It is both a solemn and joyous occasion traditionally observed and celebrated with close family. Mr. Landau is very close with his grandchildren and his grandson is eager to have his grandfather at this important life event.

     Additionally, Mr. Landau has numerous family members in Montreal that he has not seen since December 2019, before the widespread onset of Covid. While Your Honor did grant permission for Mr. Landau to travel to Montreal for the *bris* of his great-grandson in October 2022 (ECF. No. 171), Mr. Landau was ultimately unable to make that trip which would have allowed him to see his Canadian family at that time. Accordingly, this trip would allow Mr. Landau to both attend the Bar Mitzvah and see family he has not seen for over three years.

     Mr. Landau's Probation officer has no objection to the proposed trip and the government. "defers to the position of Probation."

     If this request is granted by the Court, Mr. Landau will provide his probation officer with his full itinerary of his trip and where he will be sleeping every night.

Hon. Nelson S. Roman
1/27/2023
Page 2 of 2

      If the Court consents to this request, I respectfully request that Your Honor "So Order" this letter.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Noah E. Shelanski

cc: All counsel (via ECF)