## Law Office of Noah E. Shelanski

420 Lexington Avenue, Suite # 2818
NEW YORK, N.Y. 10170
TELEPHONE: (347) 352-7704

*MEMO ENDORSED*

April 5, 2023

**VIA ECF**

Hon. Nelson S. Román
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 4/6/2023 |

Re:  *United States v. Alter Landau*
      21-CR-393 (NSR)

Dear Judge Román:

I write to respectfully request permission for Alter Landau to travel to Hungary while on Supervised Release.  This request is unopposed by Probation Services and the government and a similarly situated defendant in a related matter has been permitted to make this same trip.

Your Honor sentenced Mr. Landau on April 6, 2022, to time served and a two-year term of supervised release including a special condition of 4-months of home-confinement. (ECF. No. 174).  Mr. Landau has completed his term of home-confinement and has one-year left of supervised release.

Mr. Landau respectfully requests permission to travel to Hungary from April 20 – May 1, 2023 to participate in the yarzheit (anniversary of death) of Rabbi Shayala of Kerister, Mr. Landau's great-grandfather and a very important rabbi who lived and is buried in Bodrogkeresztur, Hungary.  Mr. Landau's elderly mother is planning on attending the yarzheit and Mr. Landau would like to accompany her for the trip.  In additional to being an important annual event on the Landau family calendar, many Hasidic Jews visit the gravesite of Rabbi Shayala around this time as a significant religious observance.

As there are no direct flights between New York and Hungary, Mr. Landau would need to stop-over at a European airport in each direction (he will not leave the airport). As Mr. Landau has not yet booked his ticket, he does not yet know where those stopovers will be.  If the Court grants this request, Mr. Landau will provide his Probation Services officer with his full itinerary, including where his stopover(s) will be, and where he will be sleeping every night.

I have communicated with Mr. Landau's Probation officer and the government. Probation Services has no objection to this trip and the government takes no position on this application.

I note that Your Honor granted a similar travel request for Mr. Landau last year. (ECF. No. 174). In addition, Mr. Landau's son Chaskel Landau who was convicted in *United States v. Chaskel Landau*, 21 CR 401 (KMK) received an almost identical sentence from the Hon. Kenneth M. Karas as Your Honor gave to Alter Landau – 2-years supervised release with a special condition of 5-months home confinement. (*United States v. Chaskel Landau*, 21 CR 401 - ECF. No 47). Recently, Judge Karas granted permission for Chaskel Landau to travel to Montreal, and then to Hungary for the yarzheit that Alter Landau now requests to attend. (*United States v. Chaskel Landau*, 21 CR 401 - ECF. No 55). Accordingly, I respectfully request that Your Honor grant this travel application considering the unopposed nature of this request and to avoid unwanted disparities in the treatment of similarly situated defendants.

If the Court consents to this request, I respectfully request that Your Honor "So Order" this letter. However, if the Court believes that additional information from defense counsel would be helpful to the determination of this application, I am available to appear before Your Honor at a time convenient to the Court and the government.

Respectfully submitted,

/s/
Noah E. Shelanski

cc: All counsel (via ECF)

Defendant's request to travel to Hungary from April 20 to May 1, 2023, to which the Probation Officer does not object and the Government takes no position, is GRANTED. Defendant is directed to provide a detailed itinerary to his Probation Officer in advance of the trip. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 177.

SO ORDERED:

Dated: April 6, 2023
White Plains, NY

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE