# LAW OFFICE OF NOAH E. SHELANSKI

420 LEXINGTON AVENUE, SUITE # 2818
NEW YORK, N.Y. 10170
TELEPHONE: (347) 352-7704

August 25, 2023

**VIA ECF**

Hon. Nelson S. Román
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

|   |   |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: 8/25/2023 | |

Re:   *United States v. Alter Landau*
       21-CR-393 (NSR)

Dear Judge Román:

**MEMO ENDORSED**

Def's request is GRANTED. The Court notes that the Gov't and Probation Officer do not object to Def's request. The Clerk of Court is kindly directed to term. the mot. at ECF No. 179.

Dated: August 25, 2023
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

I write to respectfully request permission for Alter Landau to travel to Canada while on Supervised Release. This request is unopposed by Probation Services and the government.

Your Honor sentenced Mr. Landau on April 6, 2022, to time served and a two-year term of supervised release including a special condition of 4-months of home-confinement. (ECF. No. 174). Mr. Landau has completed his term of home-confinement and has less than one year remaining of supervised release.

Mr. Landau respectfully requests permission to travel to the area around Montreal Canada to celebrate the recent birth of his grandson who will be ritually circumcised at a *Bris* ceremony on Wednesday August 30, 2023, held on the 8th day of the child's life. Mr. Landau would fly to Canada on Monday the 28th or Tuesday the 29th and would return to New York City on Thursday August 31, 2023.

I have communicated with Mr. Landau's Probation officer and the government, both of whom do not object to this proposed trip. If this application is granted, Mr. Landau will provide a detailed travel itinerary to Probation Services.

If the Court approves this application, I respectfully request that Your Honor "So Order" this letter.

Respectfully submitted,

s/ Noah E. Shelanski

cc:  All counsel (via ECF)