# LAW OFFICE OF NOAH E. SHELANSKI

420 LEXINGTON AVENUE, SUITE # 2818
NEW YORK, N.Y. 10170
TELEPHONE: (347) 352-7704

MEMO ENDORSED

December 28, 2023

**VIA ECF**

Hon. Nelson S. Román
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/02/2024

Re:     *United States v. Alter Landau*
        21-CR-393 (NSR)

Dear Judge Román:

I write to supplement my letter motion dated December 27, 2023 requesting that Mr. Landau be permitted to travel to Canada to attend the *Bris* of his grandson on Sunday December 31, 2023 returning to New York City on January 1, 2024.  (ECF. No. 181).

I have just been informed that his grandson is being kept in the hospital for respiratory issues and it is unclear if the child will be medically cleared for the *Bris* this Sunday.  If the ceremony is delayed, we respectfully request that Mr. Landau be permitted to travel to the Montreal area 1-2 days before the *Bris*, returning to the New York City area 1-2 days after the *Bris*. If the *Bris* proceeds as scheduled, we still request that Mr. Landau be permitted to travel as early as today to the Montreal area and return to the New York City area on January 1.

If this application is granted, Mr. Landau will provide a detailed travel itinerary to Probation Services whether the *Bris* takes place on Sunday or is delayed to a later date.

If the Court approves this application, I respectfully request that Your Honor "So Order" this letter.

Respectfully submitted,

s/ Noah E. Shelanski

cc:  All counsel (via ECF)    **The Court GRANTS Def.'s unopposed request to travel, and directs Def. to provide specific travel details to the Probation Officer. The Clerk of Court is kindly directed to terminate the motions at ECF Nos. 181 and 182.**

SO ORDERED:

**Dated: January 2, 2024**
**White Plains, NY**

NELSON S. ROMÁN
United States District Judge