# Law Office of Noah E. Shelanski

420 Lexington Avenue, Suite # 2818
NEW YORK, N.Y. 10170
TELEPHONE: (347) 352-7704

January 2, 2024

**VIA ECF**

Hon. Nelson S. Román
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Re: <u>United States v. Alter Landau</u>
> 21-CR-393 (NSR)

Dear Judge Román:

    I write to respectfully request that Alter Landau be permitted to travel to Israel and Hungary from January 14 – 25, 2024 while on Supervised Release. This application is unopposed by Probation Services and the government.

    Your Honor sentenced Mr. Landau on April 6, 2022, to time served and a two-year term of supervised release including a special condition of 4-months of home-confinement. (ECF. No. 174). Mr. Landau has completed his term of home-confinement and has approximately 3 months remaining of Supervised Release.

    Mr. Landau requests permission to travel to Israel on January 14, 2024, to attend the *Bar Mitzvah* of his grandson on January 17. Following the *Bar Mitzvah*, Mr. Landau requests permission to travel to Hungary. The trip to Hungary is to attend the January 22 *Yarzheit* (annual remembrance of death) gravesite ceremony for his grandfather, an important Rabbi whom Mr. Landau is named after. The *Yarzheit* is a significant annual event on the Landau family calendar and Mr. Landau is expected as head of the family to lead the large family group that is traveling to Hungary together for the ceremony.

    I also respectfully note that Mr. Landau's son Chaskel Landau who was sentenced to an almost identical sentence as his father and who is also on Supervised Release, was recently granted permission by Judge Karas to take this same trip to Israel and Hungary. *See United States v. Chaskel Landau*, 21-CR-401 (KMK) (ECF. No. 63).

    If this application is granted, Mr. Landau will provide a detailed travel itinerary to Probation Services in advance of traveling.

**MEMO ENDORSED**

The Court GRANTS Deft.'s unopposed request to travel, and directs Deft. to provide specific travel details to the Probation Officer. The Clerk of Court is kindly directed to terminate the motions at ECF Nos. 184.
Dated: White Plains, NY
         January 12, 2024

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2024

Hon. Nelson S. Román
1/2/2024
Page 2 of 2

    If the Court approves this application, I respectfully request that Your Honor "So Order" this letter.

Respectfully submitted,

s/ Noah E. Shelanski

cc: All counsel (via ECF)